IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:03-cr-00271-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | RELATED CASE ORDER |
| | ) | |
| RICHARD DALE FREY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:13-cr-00105-KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD DALE FREY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 12, 2013, the United States of America filed a "Notice of Related Cases" in which it states:

> <u>United States v. Richard Frey</u>, 2:13-cr-00105-KJM, is related to the other matters captioned above, and is presently pending before the Honorable Kimberly J. Mueller. All matters are related within the meaning of Local Rule []123 because they arise from the same on-going law enforcement investigation, share common legal issues, and involve the same parties. We, along with the United States Probation Office—which asked this office to effectuate this request—ask that case 2:13-cr-00105-KJM be reassigned to the Honorable Garland E. Burrell. We believe reassignment of case 2:13-cr-00105-KJM will result in a savings of judicial effort and will avoid a duplication of labor.

(ECF No. 23.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, action 2:13-cr-00105 is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall show the initials "GEB." Further, any date currently set in the reassigned case is VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: April 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge