

FILED
APR 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RICHARD FREY,

        Defendant.

No. 2:03-cr-00271-GEB

No. 2:13-cr-00105-GEB

**ORDER RELEASING RICHARD FREY FROM CUSTODY**

TO UNITED STATES MARSHALL:

    This Order authorizes and directs you to release RICHARD FREY from further detention on charges that he violated conditions of his supervised release in light of his agreement to report to The Effort, a residential treatment program.

    IT IS SO ORDERED.

Dated: April 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

file copy
ORIG to USM

1